| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>Caption in Compliance with D.N.J. LBR 9004-1(b)<br><br>**CUTOLO BARROS LLC**<br>46-50 Throckmorton Street<br>Freehold, New Jersey 07728<br>(732) 414-1170<br>Joseph A. Kutschman III, Esq. (046732010)<br>Attorneys for Pointe O' Woods Townhome Association, Inc. | |
| In Re:<br><br>Berlinda Dawdy | Case No.:   24-13132-MBK<br><br>Chapter:    13<br><br>Judge:     Michael B. Kaplan |

## NOTICE OF APPEARANCE

Please take notice that in accordance with Fed. R. Bankr. P. 9010(b) the undersigned enters an appearance in this case on behalf of Pointe O' Woods Townhome Association, Inc., Request is made that the documents filed in this case and identified below be served on the undersigned at this address:

ADDRESS:

Pointe O' Woods Townhome Association, Inc.

c/o CUTOLO BARROS LLC
46-50 Throckmorton Street
Freehold, New Jersey 07728

DOCUMENTS:

☐ All notices entered pursuant to Fed. R. Bankr. P. 2002.

☐ All documents and pleadings of any nature.

Date:   4/15/2024

_____
Joseph A. Kutschman III, Esq.