Form 132 – 13sum

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

---

Case No.:  24−13132−MBK
Chapter:  13
Judge:  Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Berlinda Dawdy
aka Dorvil Berline
479 Cottonwood Ct
Howell, NJ 07731

Social Security No.:
xxx−xx−4624

Employer's Tax I.D. No.:

---

## NOTICE OF HEARING ON CONFIRMATION OF PLAN

Date:              5/22/24
Time:              10:00 AM
Location:          Courtroom 8, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

An objection to confirmation of the plan, including any motions referenced therein to avoid judicial liens under 11 USC section 522(f) and/or to avoid liens and reclassify claims in whole or in part, shall be filed and served seven days before confirmation. Filing a motion for relief from the automatic stay will not be considered an objection to the confirmation.

**If, at the confirmation hearing, it is determined that the debtor's plan is not confirmable, the case may be dismissed or converted.**

A copy of the Plan will follow this notice.

Dated: April 22, 2024
JAN: pbf

Jeanne Naughton
Clerk, U. S. Bankruptcy Court

United States Bankruptcy Court

District of New Jersey

In re:  
Berlinda Dawdy  
    Debtor

Case No. 24-13132-MBK  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-3  
Date Rcvd: Apr 22, 2024

User: admin  
Form ID: 132

Page 1 of 3  
Total Noticed: 38

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 24, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Berlinda Dawdy, 479 Cottonwood Ct, Howell, NJ 07731-3063 |
| cr | + | Pointe O' Woods Townhome Association, Inc., 46-50 Throckmorton Street, Freehold, NJ 07728, UNITED STATES 07728-1973 |
| 520204697 | + | ACCU Reference Medical Laboratory, 1901 East Linden Avenue, Linden NJ 07036-9997 |
| 520204700 | + | AMR Mid Atlantic, PO Box 409880, Atlanta GA 30384-9880 |
| 520204698 | + | Advanced Orthopedics, co Transworld Systems Inc, 507 Prudential Rd, Horsham PA 19044-2308 |
| 520204703 | + | Collexx Inc, PO Box 679, Long Valley NJ 07853-0679 |
| 520204707 | + | Georgian Court University, Office of the Bursar, 900 Lakewood Avenue, Lakewood NJ 08701-2600 |
| 520204712 | + | Myriad Emergency Physicians LLC, PO Box 80137, Philadelphia PA 19101-1137 |
| 520204714 | | NJ Certified Dermatology, PO Box 826981, Howell NJ 07731 |
| 520204715 | + | NJ Natural Gas Co, PO Box 11743, Newark NJ 07101-4743 |
| 520204718 | | Pointe OWoods Townhome Associates Inc, co Town Country Mgt Inc, PO Box 12500, Newark NJ 071013600 |
| 520204719 | | Pointe OWoods Townhome Associates Inc, co Cutolo Barros LLC, 4650 Throckmorton St, Freehold NJ 07728 |
| 520232288 | + | Slomin's Inc., 125 Lauman Ln., POB 1886, Hicksville, NY 11802-1886 |
| 520204723 | | The MTA Bridges and Tunnels MTA BT, Violations Processing Center, PO Box 15186, Albany NY 122125186 |
| 520204724 | | The Port Authority of NY and NJ, Violations Processing Center, PO Box 15186, Albany NY 122125186 |
| 520204725 | + | Vive FinancialBobs Furniture, PO Box 708670, Sandy UT 84070-8639 |

TOTAL: 16

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Apr 22 2024 20:42:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Apr 22 2024 20:42:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 520204699 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Apr 22 2024 20:49:04 | Ally Lending, PO Box 9212, Old Bethpage NY 11804-9012 |
| 520204701 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Apr 22 2024 20:47:28 | Best Buy Credit Services, PO Box 70601, Philadelphia PA 19176-0601 |
| 520204702 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Apr 22 2024 20:48:41 | Capital OneBJs, PO Box 4069, Carol Stream IL 601904069 |
| 520204704 | + | Email/Text: mrdiscen@discover.com | Apr 22 2024 20:41:00 | Discover, PO Box 71084, Charlotte NC 28272-1084 |
| 520204705 | + | Email/Text: bknotice@ercbpo.com | Apr 22 2024 20:42:00 | ERC, PO Box 23870, Jacksonville FL 32241-3870 |
| 520204706 | | Email/PDF: ais.fpc.ebn@aisinfo.com | Apr 22 2024 20:49:03 | First Premier Bank, PO Box 5529, Sioux Falls SD 571175529 |
| 520210433 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Apr 22 2024 20:41:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 520204709 | | Email/Text: mail@jjenkinslawgroup.com | Apr 22 2024 20:41:00 | Jenkins Law Group, 412 S Whitehorse Pike, Audubon NJ 08106 |
| 520204708 | | Email/Text: BankruptcyEast@firstenergycorp.com | | |

District/off: 0312-3                                    User: admin                                                    Page 2 of 3

Date Rcvd: Apr 22, 2024                                Form ID: 132                                         Total Noticed: 38

| | | Apr 22 2024 20:41:00 | JCPL, PO Box 3687, Akron OH 44309 |
|---|---|---|---|
| 520204710 | + Email/Text: BankruptcyEast@firstenergycorp.com | Apr 22 2024 20:41:00 | Jersey Central Power Light, PO Box 16001, Reading PA 19612-6001 |
| 520221503 | + Email/Text: BankruptcyEast@firstenergycorp.com | Apr 22 2024 20:41:00 | Jersey Central Power & Light, 101 Crawford's Corner Road, Building 1 Suite 1-511, Holmdel NJ 07733-1976 |
| 520232287 | Email/Text: camanagement@mtb.com | Apr 22 2024 20:42:00 | M & T Bank, 1 Fountain Pl., Buffalo, NY 14203 |
| 520204711 | + Email/Text: bankruptcydpt@mcmcg.com | Apr 22 2024 20:42:00 | Midland Funding, PO Box 2011, Warren MI 48090-2011 |
| 520204713 | + Email/Text: csc.bankruptcy@amwater.com | Apr 22 2024 20:42:00 | New Jersey American Water, PO Box 371331, Pittsburgh PA 15250-7331 |
| 520210763 | + Email/Text: csc.bankruptcy@amwater.com | Apr 22 2024 20:42:00 | New Jersey American Watere, PO Box 2798, Camden, NJ 08101-2700 |
| 520204716 | + Email/Text: bcwrtoff@cablevision.com | Apr 22 2024 20:42:00 | Optimum, PO Box 70340, Philadelphia PA 19176-0340 |
| 520204720 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Apr 22 2024 20:48:48 | Portfolio Recovery Associates LLC, 120 Corporate Blvd, Norfolk VA 23502 |
| 520204717 | + Email/PDF: ais.sync.ebn@aisinfo.com | Apr 22 2024 20:48:20 | PayPal Credit, PO Box 96006, Orlando FL 32896-0001 |
| 520204721 | Email/PDF: ais.sync.ebn@aisinfo.com | Apr 22 2024 20:47:08 | Synchrony BankSynchrony Home, PO Box 71715, Philadelphia PA 191761715 |
| 520204722 | Email/Text: bncmail@w-legal.com | Apr 22 2024 20:41:00 | Target Card Services, PO Box 660170, Dallas TX 752660170 |

TOTAL: 22

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 24, 2024                    Signature:         /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 22, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Albert Russo | docs@russotrustee.com |
| Denise E. Carlon | on behalf of Creditor LAKEVIEW LOAN SERVICING LLC dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |

District/off: 0312-3                    User: admin                                         Page 3 of 3
Date Rcvd: Apr 22, 2024                 Form ID: 132                                Total Noticed: 38

Jeffrey E. Jenkins

on behalf of Debtor Berlinda Dawdy mail@jjenkinslawgroup.com  JenkinsClayman@jubileebk.net

Joseph Andrew Kutschman, III

on behalf of Creditor Pointe O' Woods Townhome Association  Inc. jkutschman@cutolobarros.com, ecourts@cutolobarros.com

U.S. Trustee

USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 5