

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

CUTOLO BARROS LLC
46-50 Throckmorton Street
Freehold, NJ 07728
(732) 414-1170
Joseph A. Kutschman III, Esq.
Attorneys for creditor Pointe O'Woods Town Home Association, Inc.

In re:

BERLINDA DAWDY AKA DORVIL BERLINE

Debtors.

**Order Filed on** May 28, 2024
**by Clerk**
**U.S. Bankruptcy Court**
**District of New Jersey**

Chapter 13

Case No. 24-13132-MBK

Judge: Hon. Michael B. Kaplan

Confirmation Date:

## CONSENT ORDER RESOLVING THE OBJECTION OF POINTE O'WOODS TOWN HOME ASSOCIATION, INC. TO THE CHAPTER 13 PLAN FILED BY DEBTOR

The Relief set forth on page 2 is hereby **ORDERED**.

**DATED: May 28, 2024**

*/s/ Michael B. Kaplan*
Honorable Michael B. Kaplan
United States Bankruptcy Judge

1

Page 2

| | |
|---|---|
| Debtor: | Berlinda Dawdy aka Dorvil Berline |
| Case No.: | 24-13132-MBK |
| Caption of Order: | CONSENT ORDER RESOLVING THE OBJECTION OF POINTE O'WOODS TOWN HOME ASSOCIATION, INC. TO THE CHAPTER 13 PLAN FILED BY DEBTOR |

THIS MATTER having been brought before the Court upon the consent of Berlinda Dawdy aka Dorvil Berline (the "Debtor") and Creditor, Pointe O'Woods Town Home Association (the "Association"); and for good cause shown,

WHEREAS the Association filed an objection to the Chapter 13 Plan filed by the Debtor; and

WHEREAS the Debtor and the Association resolved the Association's objection to the Debtors' Chapter 13 Plan;

IT IS ON THIS _____ DAY OF _____, 2024:

ORDERED that the Association's secured claim of $7,360.38 shall be paid through the Bankruptcy plan and the unsecured secured portion of the claim shall be treated as unsecured debt.

_____  Agreed and consented to this 8th day of May, 2024.
Jenkins Law Group
Attorneys for Debtor Berlinda Dawdy aka Dorvil Berline

_____  Agreed and consented to this 9th day of May, 2024.
Joseph A. Kutschman III, Esq.
Cutolo Barros LLC
Attorneys for creditor Point O'Woods Town Home Association, Inc.

2