

|  |  |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY |  |
| Caption in Compliance with D.N.J. LBR 9004-1(b)<br><br>CUTOLO BARROS LLC<br>46-50 Throckmorton Street<br>Freehold, NJ 07728<br>(732) 414-1170<br>Joseph A. Kutschman III, Esq.<br>Attorneys for creditor Pointe O'Woods Town Home Association, Inc. | Order Filed on May 28, 2024<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In re:<br><br>BERLINDA DAWDY AKA DORVIL BERLINE<br><br>Debtors. | Chapter 13<br><br>Case No. 24-13132-MBK<br><br>Judge: Hon. Michael B. Kaplan<br><br>Confirmation Date: |

REVISED

**CONSENT ORDER RESOLVING THE OBJECTION OF POINTE O'WOODS TOWN HOME ASSOCIATION, INC. TO THE CHAPTER 13 PLAN FILED BY DEBTOR**

The Relief set forth on page 2 is hereby **ORDERED**.

**DATED: May 28, 2024**

*/s/ Michael B. Kaplan*
Honorable Michael B. Kaplan
United States Bankruptcy Judge

1

Page 2

| | |
|---|---|
| Debtor: | Berlinda Dawdy aka Dorvil Berline |
| Case No.: | 24-13132-MBK |
| Caption of Order: | CONSENT ORDER RESOLVING THE OBJECTION OF POINTE O'WOODS TOWN HOME ASSOCIATION, INC. TO THE CHAPTER 13 PLAN FILED BY DEBTOR |

**THIS MATTER** having been brought before the Court upon the consent of Berlinda Dawdy aka Dorvil Berline (the "Debtor") and Creditor, Pointe O'Woods Town Home Association (the "Association"); and for good cause shown,

**WHEREAS** the Association filed an objection to the Chapter 13 Plan filed by the Debtor; and

**WHEREAS** the Debtor and the Association resolved the Association's objection to the Debtors' Chapter 13 Plan;

IT IS ON THIS __28__ DAY OF __May__, 2024:

**ORDERED** that the Association's secured claim of $7,360.38 shall be paid through the Bankruptcy plan and the unsecured secured portion of the claim shall be treated as unsecured debt.

_____   Agreed and consented to this __8th__ day of __May__, 2024.
Jenkins Law Group
Attorneys for Debtor Berlinda Dawdy aka Dorvil Berline

_____   Agreed and consented to this __9th__ day of __May__, 2024.
Joseph A. Kutschman III, Esq.
Cutolo Barros LLC
Attorneys for creditor Point O'Woods Town Home Association, Inc.