UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

CUTOLO BARROS LLC
46-50 Throckmorton Street
Freehold, NJ 07728
(732) 414-1170
Joseph A. Kutschman III, Esq.
Attorneys for creditor Pointe O'Woods Town Home Association, Inc.

In re:

BERLINDA DAWDY AKA DORVIL BERLINE

Debtors.

Order Filed on May 28, 2024
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Chapter 13

Case No. 24-13132-MBK

Judge: Hon. Michael B. Kaplan

Confirmation Date:

REVISED

## CONSENT ORDER RESOLVING THE OBJECTION OF POINTE O'WOODS TOWN HOME ASSOCIATION, INC. TO THE CHAPTER 13 PLAN FILED BY DEBTOR

The Relief set forth on page 2 is hereby **ORDERED**.

**DATED: May 28, 2024**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

1

Page 2

| | |
|---|---|
| Debtor: | Berlinda Dawdy aka Dorvil Berline |
| Case No.: | 24-13132-MBK |
| Caption of Order: | CONSENT ORDER RESOLVING THE OBJECTION OF POINTE O'WOODS TOWN HOME ASSOCIATION, INC. TO THE CHAPTER 13 PLAN FILED BY DEBTOR |

**THIS MATTER** having been brought before the Court upon the consent of Berlinda Dawdy aka Dorvil Berline (the "Debtor") and Creditor, Pointe O'Woods Town Home Association (the "Association"); and for good cause shown,

**WHEREAS** the Association filed an objection to the Chapter 13 Plan filed by the Debtor; and

**WHEREAS** the Debtor and the Association resolved the Association's objection to the Debtors' Chapter 13 Plan;

IT IS ON THIS __28__ DAY OF __May__, 2024:

**ORDERED** that the Association's secured claim of $7,360.38 shall be paid through the Bankruptcy plan and the unsecured secured portion of the claim shall be treated as unsecured debt.

_____  Agreed and consented to this __8th__ day of __May__, 2024.
Jenkins Law Group
Attorneys for Debtor Berlinda Dawdy aka Dorvil Berline

_____  Agreed and consented to this __9th__ day of __May__, 2024.
Joseph A. Kutschman III, Esq.
Cutolo Barros LLC
Attorneys for creditor Point O'Woods Town Home Association, Inc.

2

United States Bankruptcy Court
District of New Jersey

In re:    Case No. 24-13132-MBK
Berlinda Dawdy    Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3    User: admin    Page 1 of 1
Date Rcvd: May 29, 2024    Form ID: pdf903    Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol    Definition**
+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 31, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Berlinda Dawdy, 479 Cottonwood Ct, Howell, NJ 07731-3063 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).
NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 31, 2024    Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 29, 2024 at the address(es) listed below:

**Name    Email Address**

Albert Russo
docs@russotrustee.com

Denise E. Carlon
on behalf of Creditor LAKEVIEW LOAN SERVICING LLC dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com

Jeffrey E. Jenkins
on behalf of Debtor Berlinda Dawdy mail@jjenkinslawgroup.com JenkinsClayman@jubileebk.net

Joseph Andrew Kutschman, III
on behalf of Creditor Pointe O' Woods Townhome Association Inc. jkutschman@cutolobarros.com, ecourts@cutolobarros.com

U.S. Trustee
USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 5