Form 186 − ntc13plnprior

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 24−13132−MBK
Chapter: 13
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Berlinda Dawdy
   aka Dorvil Berline
   479 Cottonwood Ct
   Howell, NJ 07731

Social Security No.:
   xxx−xx−4624

Employer's Tax I.D. No.:

### NOTICE OF MODIFICATION OF CHAPTER 13 PLAN PRIOR TO CONFIRMATION; FIXING TIMES TO REJECT PLAN, COMBINED WITH NOTICE THEREOF

A Plan was filed in this matter on April 22, 2024 and a confirmation hearing on such Plan has been scheduled for July 10, 2024.

The debtor filed a Modified Plan on June 26, 2024 and a confirmation hearing on the Modified Plan is scheduled for Aug. 14, 2024 at 10:00am. Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing of the modified plan is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secured claim, such holder's acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holder's acceptance or rejection of the Plan within the time fixed.

3. The filing of a Modified Plan does not automatically adjourn the existing Confirmation hearing. Unless the Confirmation hearing is adjourned by the Trustee or the Court, the Court will hear arguments in support of the original plan on the scheduled Confirmation date, consider the reasons for filing the modified plan, and either adjourn the hearing date, confirm the plan, dismiss or convert the case, or take any other action on the original plan deemed appropriate.

   A full copy of the modified Plan will follow this notice.

Dated: June 26, 2024
JAN: pbf

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

In re:                                                                                         Case No. 24-13132-MBK

Berlinda Dawdy                                                                    Chapter 13

      Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3                                                               User: admin                                            Page 1 of 3

Date Rcvd: Jun 27, 2024                                          Form ID: 186                                         Total Noticed: 47

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^          Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 29, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Berlinda Dawdy, 479 Cottonwood Ct, Howell, NJ 07731-3063 |
| cr | + | Pointe O' Woods Townhome Association, Inc., 46-50 Throckmorton Street, Freehold, NJ 07728, UNITED STATES 07728-1973 |
| 520204697 | + | ACCU Reference Medical Laboratory, 1901 East Linden Avenue, Linden NJ 07036-9997 |
| 520204700 | + | AMR Mid Atlantic, PO Box 409880, Atlanta GA 30384-9880 |
| 520204698 | + | Advanced Orthopedics, co Transworld Systems Inc, 507 Prudential Rd, Horsham PA 19044-2308 |
| 520204703 | + | Collexx Inc, PO Box 679, Long Valley NJ 07853-0679 |
| 520204707 | + | Georgian Court University, Office of the Bursar, 900 Lakewood Avenue, Lakewood NJ 08701-2600 |
| 520204712 | + | Myriad Emergency Physicians LLC, PO Box 80137, Philadelphia PA 19101-1137 |
| 520204714 | | NJ Certified Dermatology, PO Box 826981, Howell NJ 07731 |
| 520204715 | + | NJ Natural Gas Co, PO Box 11743, Newark NJ 07101-4743 |
| 520204718 | | Pointe OWoods Townhome Associates Inc, co Town Country Mgt Inc, PO Box 12500, Newark NJ 071013600 |
| 520204719 | | Pointe OWoods Townhome Associates Inc, co Cutolo Barros LLC, 4650 Throckmorton St, Freehold NJ 07728 |
| 520232288 | + | Slomin's Inc., 125 Lauman Ln., POB 1886, Hicksville, NY 11802-1886 |
| 520204723 | | The MTA Bridges and Tunnels MTA BT, Violations Processing Center, PO Box 15186, Albany NY 122125186 |
| 520204725 | + | Vive FinancialBobs Furniture, PO Box 708670, Sandy UT 84070-8639 |

TOTAL: 15

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jun 27 2024 21:09:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jun 27 2024 21:09:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 520273086 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Jun 27 2024 21:06:20 | Ally Lending, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 520204699 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Jun 27 2024 21:05:33 | Ally Lending, PO Box 9212, Old Bethpage NY 11804-9012 |
| 520204701 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jun 27 2024 21:17:32 | Best Buy Credit Services, PO Box 70601, Philadelphia PA 19176-0601 |
| 520244670 | + | Email/PDF: ebn_ais@aisinfo.com | Jun 27 2024 21:18:01 | Capital One, N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 520204702 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jun 27 2024 21:17:57 | Capital OneBJs, PO Box 4069, Carol Stream IL 601974069 |
| 520288870 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Jun 27 2024 21:17:59 | Citibank N.A., Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 520204704 | + | Email/Text: mrdiscen@discover.com | Jun 27 2024 21:08:00 | Discover, PO Box 71084, Charlotte NC 28272-1084 |
| 520204705 | + | Email/Text: bknotice@ercbpo.com | Jun 27 2024 21:09:00 | ERC, PO Box 23870, Jacksonville FL 32241-3870 |

| Recipient # | Flag | Delivery Method | Date/Time | Name/Address |
|---|---|---|---|---|
| 520204706 | | Email/PDF: ais.fpc.ebn@aisinfo.com | Jun 27 2024 21:18:34 | First Premier Bank, PO Box 5529, Sioux Falls SD 571175529 |
| 520210433 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Jun 27 2024 21:09:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 520255469 | | Email/Text: JCAP_BNC_Notices@jcap.com | Jun 27 2024 21:09:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud MN 56302-9617 |
| 520204709 | | Email/Text: mail@jjenkinslawgroup.com | Jun 27 2024 21:08:00 | Jenkins Law Group, 412 S Whitehorse Pike, Audubon NJ 08106 |
| 520204708 | | Email/Text: BankruptcyEast@firstenergycorp.com | Jun 27 2024 21:08:00 | JCPL, PO Box 3687, Akron OH 44309 |
| 520204710 | + | Email/Text: BankruptcyEast@firstenergycorp.com | Jun 27 2024 21:08:00 | Jersey Central Power Light, PO Box 16001, Reading PA 19612-6001 |
| 520221503 | + | Email/Text: BankruptcyEast@firstenergycorp.com | Jun 27 2024 21:08:00 | Jersey Central Power & Light, 101 Crawford's Corner Road, Building 1 Suite 1-511, Holmdel NJ 07733-1976 |
| 520271042 | | Email/PDF: resurgentbknotifications@resurgent.com | Jun 27 2024 21:18:04 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 520287926 | ^ | MEBN | Jun 27 2024 21:05:39 | Lakeview Loan Servicing LLC, c/o M&T Bank, P.O. Box 840, Buffalo, NY 14240-0840 |
| 520232287 | | Email/Text: camanagement@mtb.com | Jun 27 2024 21:09:00 | M & T Bank, 1 Fountain Pl., Buffalo, NY 14203 |
| 520204711 | + | Email/Text: bankruptcydpt@mcmcg.com | Jun 27 2024 21:09:00 | Midland Funding, PO Box 2011, Warren MI 48090-2011 |
| 520204713 | + | Email/Text: csc.bankruptcy@amwater.com | Jun 27 2024 21:09:00 | New Jersey American Water, PO Box 371331, Pittsburgh PA 15250-7331 |
| 520210763 | + | Email/Text: csc.bankruptcy@amwater.com | Jun 27 2024 21:09:00 | New Jersey American Watere, PO Box 2798, Camden, NJ 08101-2700 |
| 520204716 | + | Email/Text: bcwrtoff@cablevision.com | Jun 27 2024 21:09:00 | Optimum, PO Box 70340, Philadelphia PA 19176-0340 |
| 520269231 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jun 27 2024 21:29:04 | PORTFOLIO RECOVERY ASSOCIATES, LLC, POB 41067, Norfolk, VA 23541 |
| 520204720 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jun 27 2024 21:17:43 | Portfolio Recovery Associates LLC, 120 Corporate Blvd, Norfolk VA 23502 |
| 520204717 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Jun 27 2024 21:18:25 | PayPal Credit, PO Box 96006, Orlando FL 32896-0001 |
| 520288499 | + | Email/PDF: ebn_ais@aisinfo.com | Jun 27 2024 21:29:05 | Synchrony Bank, by AIS InfoSource LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 520204721 | | Email/PDF: ais.sync.ebn@aisinfo.com | Jun 27 2024 21:06:21 | Synchrony BankSynchrony Home, PO Box 71715, Philadelphia PA 191761715 |
| 520271709 | | Email/Text: bncmail@w-legal.com | Jun 27 2024 21:09:00 | TD Bank USA, N.A., C/O Weinstein & Riley, P.S., 1415 WESTERN AVE, SUITE 700, SEATTLE, WA 98101 |
| 520204722 | | Email/Text: bncmail@w-legal.com | Jun 27 2024 21:09:00 | Target Card Services, PO Box 660170, Dallas TX 752660170 |
| 520204724 | ^ | MEBN | Jun 27 2024 21:06:25 | The Port Authority of NY and NJ, Violations Processing Center, PO Box 15186, Albany NY 122125186 |

TOTAL: 32

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a**

**preferred address, or ## out of date forwarding orders with USPS.**
NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 29, 2024    Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 26, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Albert Russo | docs@russotrustee.com |
| Denise E. Carlon | on behalf of Creditor LAKEVIEW LOAN SERVICING LLC dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| Jeffrey E. Jenkins | on behalf of Debtor Berlinda Dawdy mail@jjenkinslawgroup.com JenkinsClayman@jubileebk.net |
| Joseph Andrew Kutschman, III | on behalf of Creditor Pointe O' Woods Townhome Association Inc. jkutschman@cutolobarros.com, ecourts@cutolobarros.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 5