Form plncf13 − ntccnfpln13v27

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
402 East State Street
Trenton, NJ 08608

                    Case No.:  24−13132−MBK
                    Chapter:  13
                    Judge:  Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Berlinda Dawdy
   aka Dorvil Berline
   479 Cottonwood Ct
   Howell, NJ 07731

Social Security No.:
   xxx−xx−4624

Employer's Tax I.D. No.:

**NOTICE OF ORDER CONFIRMING CHAPTER 13 PLAN**

   NOTICE IS HEREBY GIVEN that an Order Confirming the Chapter 13 plan was entered on July 12, 2024.

Dated: July 12, 2024
JAN: km

                              Jeanne Naughton
                              Clerk

United States Bankruptcy Court

District of New Jersey

| | | |
|---|---|---|
| In re: | | Case No. 24-13132-MBK |
| Berlinda Dawdy | | Chapter 13 |
| Debtor | | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 1 of 3 |
| Date Rcvd: Jul 12, 2024 | Form ID: plncf13 | Total Noticed: 47 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 14, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Berlinda Dawdy, 479 Cottonwood Ct, Howell, NJ 07731-3063 |
| cr | + | Pointe O' Woods Townhome Association, Inc., 46-50 Throckmorton Street, Freehold, NJ 07728, UNITED STATES 07728-1973 |
| 520204697 | + | ACCU Reference Medical Laboratory, 1901 East Linden Avenue, Linden NJ 07036-9997 |
| 520204700 | + | AMR Mid Atlantic, PO Box 409880, Atlanta GA 30384-9880 |
| 520204698 | + | Advanced Orthopedics, co Transworld Systems Inc, 507 Prudential Rd, Horsham PA 19044-2308 |
| 520204703 | + | Collexx Inc, PO Box 679, Long Valley NJ 07853-0679 |
| 520204707 | + | Georgian Court University, Office of the Bursar, 900 Lakewood Avenue, Lakewood NJ 08701-2600 |
| 520204712 | + | Myriad Emergency Physicians LLC, PO Box 80137, Philadelphia PA 19101-1137 |
| 520204714 | | NJ Certified Dermatology, PO Box 826981, Howell NJ 07731 |
| 520204715 | + | NJ Natural Gas Co, PO Box 11743, Newark NJ 07101-4743 |
| 520204719 | | Pointe OWoods Townhome Associates Inc, co Cutolo Barros LLC, 4650 Throckmorton St, Freehold NJ 07728 |
| 520204718 | | Pointe OWoods Townhome Associates Inc, co Town Country Mgt Inc, PO Box 12500, Newark NJ 071013600 |
| 520232288 | + | Slomin's Inc., 125 Lauman Ln., POB 1886, Hicksville, NY 11802-1886 |
| 520204723 | | The MTA Bridges and Tunnels MTA BT, Violations Processing Center, PO Box 15186, Albany NY 122125186 |
| 520204725 | + | Vive FinancialBobs Furniture, PO Box 708670, Sandy UT 84070-8639 |

TOTAL: 15

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jul 12 2024 20:52:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jul 12 2024 20:52:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 520273086 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Jul 12 2024 20:48:16 | Ally Lending, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 520204699 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Jul 12 2024 21:03:43 | Ally Lending, PO Box 9212, Old Bethpage NY 11804-9012 |
| 520204701 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jul 12 2024 21:03:05 | Best Buy Credit Services, PO Box 70601, Philadelphia PA 19176-0601 |
| 520244670 | + | Email/PDF: ebn_ais@aisinfo.com | Jul 12 2024 21:03:43 | Capital One, N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 520204702 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jul 12 2024 21:15:37 | Capital OneBJs, PO Box 4069, Carol Stream IL 601974069 |
| 520288870 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Jul 12 2024 20:48:22 | Citibank N.A., Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 520204704 | + | Email/Text: mrdiscen@discover.com | Jul 12 2024 20:50:00 | Discover, PO Box 71084, Charlotte NC 28272-1084 |
| 520204705 | + | Email/Text: bknotice@ercbpo.com | Jul 12 2024 20:52:00 | ERC, PO Box 23870, Jacksonville FL 32241-3870 |

Case 24-13132-MBK    Doc 35    Filed 07/14/24    Entered 07/15/24 00:17:49    Desc Imaged
Certificate of Notice    Page 3 of 4

| District/off: 0312-3 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jul 12, 2024 | Form ID: plncf13 | Total Noticed: 47 |

| Recipient # | | Delivery Method | Date/Time | Name/Address |
|---|---|---|---|---|
| 520204706 | | Email/PDF: ais.fpc.ebn@aisinfo.com | Jul 12 2024 21:03:46 | First Premier Bank, PO Box 5529, Sioux Falls SD 571175529 |
| 520210433 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Jul 12 2024 20:51:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 520255469 | | Email/Text: JCAP_BNC_Notices@jcap.com | Jul 12 2024 20:52:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud MN 56302-9617 |
| 520204709 | | Email/Text: mail@jjenkinslawgroup.com | Jul 12 2024 20:51:00 | Jenkins Law Group, 412 S Whitehorse Pike, Audubon NJ 08106 |
| 520204708 | | Email/Text: BankruptcyEast@firstenergycorp.com | Jul 12 2024 20:51:00 | JCPL, PO Box 3687, Akron OH 44309 |
| 520204710 | + | Email/Text: BankruptcyEast@firstenergycorp.com | Jul 12 2024 20:51:00 | Jersey Central Power Light, PO Box 16001, Reading PA 19612-6001 |
| 520221503 | + | Email/Text: BankruptcyEast@firstenergycorp.com | Jul 12 2024 20:51:00 | Jersey Central Power & Light, 101 Crawford's Corner Road, Building 1 Suite 1-511, Holmdel NJ 07733-1976 |
| 520271042 | | Email/PDF: resurgentbknotifications@resurgent.com | Jul 12 2024 20:49:24 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 520287926 | ^ | MEBN | Jul 12 2024 20:43:29 | Lakeview Loan Servicing LLC, c/o M&T Bank, P.O. Box 840, Buffalo, NY 14240-0840 |
| 520232287 | | Email/Text: camanagement@mtb.com | Jul 12 2024 20:52:00 | M & T Bank, 1 Fountain Pl., Buffalo, NY 14203 |
| 520204711 | + | Email/Text: bankruptcydpt@mcmcg.com | Jul 12 2024 20:52:00 | Midland Funding, PO Box 2011, Warren MI 48090-2011 |
| 520204713 | + | Email/Text: csc.bankruptcy@amwater.com | Jul 12 2024 20:53:00 | New Jersey American Water, PO Box 371331, Pittsburgh PA 15250-7331 |
| 520210763 | + | Email/Text: csc.bankruptcy@amwater.com | Jul 12 2024 20:53:00 | New Jersey American Watere, PO Box 2798, Camden, NJ 08101-2700 |
| 520204716 | + | Email/Text: bcwrtoff@cablevision.com | Jul 12 2024 20:53:00 | Optimum, PO Box 70340, Philadelphia PA 19176-0340 |
| 520269231 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jul 12 2024 20:48:22 | PORTFOLIO RECOVERY ASSOCIATES, LLC, POB 41067, Norfolk, VA 23541 |
| 520204720 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jul 12 2024 21:15:45 | Portfolio Recovery Associates LLC, 120 Corporate Blvd, Norfolk VA 23502 |
| 520204717 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Jul 12 2024 21:03:24 | PayPal Credit, PO Box 96006, Orlando FL 32896-0001 |
| 520288499 | + | Email/PDF: ebn_ais@aisinfo.com | Jul 12 2024 21:03:25 | Synchrony Bank, by AIS InfoSource LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 520204721 | | Email/PDF: ais.sync.ebn@aisinfo.com | Jul 12 2024 20:49:30 | Synchrony BankSynchrony Home, PO Box 71715, Philadelphia PA 191761715 |
| 520271709 | | Email/Text: bncmail@w-legal.com | Jul 12 2024 20:51:00 | TD Bank USA, N.A., C/O Weinstein & Riley, P.S., 1415 WESTERN AVE, SUITE 700, SEATTLE, WA 98101 |
| 520204722 | | Email/Text: bncmail@w-legal.com | Jul 12 2024 20:51:00 | Target Card Services, PO Box 660170, Dallas TX 752660170 |
| 520204724 | ^ | MEBN | Jul 12 2024 20:46:55 | The Port Authority of NY and NJ, Violations Processing Center, PO Box 15186, Albany NY 122125186 |

TOTAL: 32

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a**

| District/off: 0312-3 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Jul 12, 2024 | Form ID: plncf13 | Total Noticed: 47 |

**preferred address, or ## out of date forwarding orders with USPS.**
NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 14, 2024    Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 12, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Albert Russo | docs@russotrustee.com |
| Denise E. Carlon | on behalf of Creditor LAKEVIEW LOAN SERVICING LLC dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Jeffrey E. Jenkins | on behalf of Debtor Berlinda Dawdy mail@jjenkinslawgroup.com  JenkinsClayman@jubileebk.net |
| Joseph Andrew Kutschman, III | on behalf of Creditor Pointe O' Woods Townhome Association  Inc. jkutschman@cutolobarros.com, ecourts@cutolobarros.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 5