| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Albert Russo, Trustee | Albert Russo, Trustee |
| PO Box 4853 | PO Box 933 |
| Trenton, NJ  08650-4853 | Memphis, TN  38101-0933 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2024 to 12/31/2024
### Chapter 13 Case No. 24-13132 / MBK

Berlinda Dawdy

Petition Filed Date: 03/26/2024
341 Hearing Date: 04/25/2024
Confirmation Date: 07/10/2024

Case Status: Open / Confirmed
## RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 05/10/2024 | $340.00 | | 06/10/2024 | $340.00 | | 07/11/2024 | $340.00 | |
| 08/30/2024 | $601.00 | | 09/30/2024 | $601.00 | | 10/30/2024 | $601.00 | |
| 12/03/2024 | $601.00 | | 12/31/2024 | $601.00 | | | | |

**Total Receipts for the Period:  $4,025.00   Amount Refunded to Debtor Since Filing:  $0.00   Total Receipts Since Filing:  $4,025.00**

## DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | Berlinda Dawdy | Debtor Refund | $0.00 | $0.00 | $0.00 |
| 0 | Jeffrey E. Jenkins, Esq. <br> »» ATTY DISCLOSURE | Attorney Fees | $3,499.00 | $2,671.94 | $827.06 |
| 1 | NEW JERSEY AMERICAN WATER | Unsecured Creditors | $782.82 | $0.00 | $782.82 |
| 2 | INTERNAL REVENUE SERVICE <br> »» 2020-2023 | Priority Creditors | $0.00 | $0.00 | $0.00 |
| 3 | INTERNAL REVENUE SERVICE | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 4 | JERSEY CENTRAL POWER & LIGHT | Unsecured Creditors | $827.34 | $0.00 | $827.34 |
| 5 | POINTE O'WOODS TOWN HOME ASSOCIATION <br> »» UNPAID HOMEOWNERS FEES/ORDER 5/28/24 | Secured Creditors | $7,360.38 | $0.00 | $7,360.38 |
| 6 | POINTE O'WOODS TOWN HOME ASSOCIATION <br> »» ORDER 5/28/24 | Unsecured Creditors | $394.75 | $0.00 | $394.75 |
| 7 | CAPITAL ONE BANK (USA), N.A. | Unsecured Creditors | $144.94 | $0.00 | $144.94 |
| 8 | JEFFERSON CAPITAL SYSTEMS, LLC <br> »» PREMIER BANKCARD MC | Unsecured Creditors | $1,008.57 | $0.00 | $1,008.57 |
| 9 | PORTFOLIO RECOVERY ASSOCIATES <br> »» BJ'S | Unsecured Creditors | $1,883.06 | $0.00 | $1,883.06 |
| 10 | LVNV FUNDING LLC <br> »» RESURGENT ACQUISITIONS LLC | Unsecured Creditors | $796.55 | $0.00 | $796.55 |
| 11 | TD BANK USA NA | Unsecured Creditors | $530.16 | $0.00 | $530.16 |
| 12 | ALLY LENDING | Unsecured Creditors | $7,779.37 | $0.00 | $7,779.37 |
| 13 | LAKEVIEW LOAN SERVICING LLC <br> »» P/479 COTTONWOORD CT/1ST MTG | Mortgage Arrears | $0.00 | $0.00 | $0.00 |
| 14 | SYNCHRONY BANK BY AIS INFOSOURCE, LP AS AGENT <br> »» PAYAPAL CREDIT | Unsecured Creditors | $3,359.41 | $0.00 | $3,359.41 |

**Chapter 13 Case No. 24-13132 / MBK**

| | | | | | |
|---|---|---|---|---|---|
| 15 | SYNCHRONY BANK BY AIS INFOSOURCE, LP AS AGENT<br>»» SYNCHRONY NETWORKS | Unsecured Creditors | $1,219.41 | $0.00 | $1,219.41 |
| 16 | CITIBANK, N.A.<br>»» MY BEST BUY CC | Unsecured Creditors | $1,530.19 | $0.00 | $1,530.19 |
| 17 | CITIBANK, N.A.<br>»» WAWA CREDIT CARD | Unsecured Creditors | $313.11 | $0.00 | $313.11 |
| 18 | CITIBANK, N.A.<br>»» MACY'S CC | Unsecured Creditors | $100.26 | $0.00 | $100.26 |

## SUMMARY

Summary of all receipts and disbursements from date filed through 1/23/2025:

| | | | |
|---|---|---|---|
| Total Receipts: | $4,025.00 | Percent to General Unsecured Creditors: 100% | |
| Paid to Claims: | $2,671.94 | Current Monthly Payment: | $603.00 |
| Paid to Trustee: | $253.22 | Arrearages: | $876.00 |
| Funds on Hand: | $1,099.84 | | |

**PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE USING TFS BILL PAY!**
**Visit www.TFSBillPay.com for more  information.**

**View your case information online for *FREE*!  Register today at www.ndc.org or**
**scan this code to get started.**

