Office Mailing Address:                          Send Payments **ONLY** to:
Albert Russo, Trustee                             Albert Russo, Trustee
Standing Chapter 13 Trustee                       PO Box 933
PO Box 4853                             Memphis, TN  38101-0933
Trenton, NJ  08650-4853

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2025 to 02/19/2026
**Chapter 13 Case No. 24-13132 / MBK**

Berlinda Dawdy                             Petition Filed Date: 03/26/2024
                                             341 Hearing Date: 04/25/2024
                                         Confirmation Date: 07/10/2024

Case Status: Open / Confirmed

## RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/30/2025 | $601.00 | | 03/03/2025 | $601.00 | | 03/31/2025 | $601.00 | |
| 04/30/2025 | $601.00 | | 06/02/2025 | $601.00 | | 07/01/2025 | $601.00 | |
| 07/30/2025 | $601.00 | | 09/02/2025 | $601.00 | | 09/30/2025 | $601.00 | |
| 10/30/2025 | $601.00 | | 12/02/2025 | $601.00 | | 01/09/2026 | $601.00 | |
| 01/30/2026 | $601.00 | | | | | | | |

**Total Receipts for the Period:  $7,813.00   Amount Refunded to Debtor Since Filing:  $0.00   Total Receipts Since Filing: $11,838.00**

## DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| | **CLAIMS AND DISTRIBUTIONS** | | | | |
| 0 | Berlinda Dawdy | Debtor Refund | $0.00 | $0.00 | $0.00 |
| 0 | Jeffrey E. Jenkins, Esq.<br>»» ATTY DISCLOSURE | Attorney Fees | $3,499.00 | $3,499.00 | $0.00 |
| 1 | NEW JERSEY AMERICAN WATER | Unsecured Creditors | $782.82 | $0.00 | $782.82 |
| 2 | INTERNAL REVENUE SERVICE<br>»» 2020-2023 | Priority Crediors | $0.00 | $0.00 | $0.00 |
| 3 | INTERNAL REVENUE SERVICE | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 4 | JERSEY CENTRAL POWER & LIGHT | Unsecured Creditors | $827.34 | $0.00 | $827.34 |
| 5 | POINTE O'WOODS TOWN HOME ASSOCIATION<br>»» UNPAID HOMEOWNERS FEES/ORDER 5/28/24 | Secured Creditors | $7,360.38 | $6,335.12 | $1,025.26 |
| 6 | POINTE O'WOODS TOWN HOME ASSOCIATION<br>»» ORDER 5/28/24 | Unsecured Creditors | $394.75 | $0.00 | $394.75 |
| 7 | CAPITAL ONE BANK (USA), N.A. | Unsecured Creditors | $144.94 | $0.00 | $144.94 |
| 8 | JEFFERSON CAPITAL SYSTEMS, LLC<br>»» PREMIER BANKCARD MC | Unsecured Creditors | $1,008.57 | $0.00 | $1,008.57 |
| 9 | PORTFOLIO RECOVERY ASSOCIATES<br>»» BJ'S | Unsecured Creditors | $1,883.06 | $0.00 | $1,883.06 |
| 10 | LVNV FUNDING LLC<br>»» SYNCHRONY/PAYPAL | Unsecured Creditors | $796.55 | $0.00 | $796.55 |
| 11 | TD BANK USA NA | Unsecured Creditors | $530.16 | $0.00 | $530.16 |
| 12 | ALLY LENDING<br>»» SYNCHRONY | Unsecured Creditors | $7,779.37 | $0.00 | $7,779.37 |
| 13 | LAKEVIEW LOAN SERVICING LLC<br>»» P/479 COTTONWOOD CT/1ST MTG | Mortgage Arrears | $0.00 | $0.00 | $0.00 |

**Chapter 13 Case No. 24-13132 / MBK**

| 14 | SYNCHRONY BANK BY AIS INFOSOURCE, LP AS AGENT<br>»» PAYAPAL CREDIT | Unsecured Creditors | $3,359.41 | $0.00 | $3,359.41 |
|----|----|----|----|----|----|
| 15 | JEFFERSON CAPITAL SYSTEMS, LLC<br>»» SYNCHRONY NETWORKS | Unsecured Creditors | $1,219.41 | $0.00 | $1,219.41 |
| 16 | CITIBANK, N.A.<br>»» BEST BUY | Unsecured Creditors | $1,530.19 | $0.00 | $1,530.19 |
| 17 | CITIBANK, N.A.<br>»» WAWA | Unsecured Creditors | $313.11 | $0.00 | $313.11 |
| 18 | CITIBANK, N.A.<br>»» MACY'S | Unsecured Creditors | $100.26 | $0.00 | $100.26 |

## SUMMARY

Summary of all receipts and disbursements from date filed through 2/19/2026:

| | | | |
|----|----|----|----|
| Total Receipts: | $11,838.00 | Percent to General Unsecured Creditors: 100% | |
| Paid to Claims: | $9,834.12 | Current Monthly Payment: | $603.00 |
| Paid to Trustee: | $890.82 | Arrearages: | $902.00 |
| Funds on Hand: | $1,113.06 | | |

**PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE USING TFS BILL PAY!**
**Visit www.TFSBillPay.com for more  information.**

**View your case information online for *FREE*!  Register today at www.ndc.org or**
**scan this code to get started.**

