| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Albert Russo, Trustee | Albert Russo, Trustee |
| PO Box 4853 | PO Box 933 |
| Trenton, NJ  08650-4853 | Memphis, TN  38101-0933 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2025 to 02/25/2026
### Chapter 13 Case No. 24-13132 / MBK

| | |
|---|---|
| Berlinda Dawdy | Petition Filed Date: 03/26/2024 |
| 479 Cottonwood Ct | 341 Hearing Date: 04/25/2024 |
| Howell, NJ   07731 | Confirmation Date: 07/10/2024 |

Case Status: Open / Confirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/30/2025 | $601.00 | TFS | 03/03/2025 | $601.00 | TFS | 03/31/2025 | $601.00 | TFS |
| 04/30/2025 | $601.00 | TFS | 06/02/2025 | $601.00 | TFS | 07/01/2025 | $601.00 | TFS |
| 07/30/2025 | $601.00 | TFS | 09/02/2025 | $601.00 | TFS | 09/30/2025 | $601.00 | TFS |
| 10/30/2025 | $601.00 | TFS | 12/02/2025 | $601.00 | TFS | 01/09/2026 | $601.00 | TFS |
| 01/30/2026 | $601.00 | TFS | | | | | | |

**Total Receipts for Period: $7,813.00   Amount Refunded to Debtor Since Filing: $0.00   Total Receipts Since Filing: $11,838.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| | Berlinda Dawdy | Debtor Refund | $0.00 | $0.00 | $0.00 |
| | Jeffrey E. Jenkins, Esq. »» ATTY DISCLOSURE | Attorney Fees | $3,499.00 | $3,499.00 | $0.00 |
| 1 | NEW JERSEY AMERICAN WATER | Unsecured Creditors | $782.82 | $0.00 | $782.82 |
| 2 | INTERNAL REVENUE SERVICE »» 2020-2023 | Priority Creditors | $0.00 | $0.00 | $0.00 |
| 3 | INTERNAL REVENUE SERVICE | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 4 | JERSEY CENTRAL POWER & LIGHT | Unsecured Creditors | $827.34 | $0.00 | $827.34 |
| 5 | POINTE O'WOODS TOWN HOME ASSOCIATION »» UNPAID HOMEOWNERS FEES/ORDER 5/28/24 | Secured Creditors | $7,360.38 | $6,335.12 | $1,025.26 |
| 6 | POINTE O'WOODS TOWN HOME ASSOCIATION »» ORDER 5/28/24 | Unsecured Creditors | $394.75 | $0.00 | $394.75 |
| 7 | CAPITAL ONE BANK (USA), N.A. | Unsecured Creditors | $144.94 | $0.00 | $144.94 |
| 8 | JEFFERSON CAPITAL SYSTEMS, LLC »» PREMIER BANKCARD MC | Unsecured Creditors | $1,008.57 | $0.00 | $1,008.57 |
| 9 | PORTFOLIO RECOVERY ASSOCIATES »» BJ'S | Unsecured Creditors | $1,883.06 | $0.00 | $1,883.06 |
| 10 | LVNV FUNDING LLC »» SYNCHRONY/PAYPAL | Unsecured Creditors | $796.55 | $0.00 | $796.55 |
| 11 | TD BANK USA NA | Unsecured Creditors | $530.16 | $0.00 | $530.16 |
| 12 | ALLY LENDING »» SYNCHRONY | Unsecured Creditors | $7,779.37 | $0.00 | $7,779.37 |

**Chapter 13 Case No. 24-13132 / MBK**

| | | | | | |
|---|---|---|---|---|---|
| 13 | LAKEVIEW LOAN SERVICING LLC<br>»» P/479 COTTONWOOD CT/1ST MTG | Mortgage Arrears | $0.00 | $0.00 | $0.00 |
| 14 | SYNCHRONY BANK BY AIS INFOSOURCE, LP AS AGENT<br>»» PAYAPAL CREDIT | Unsecured Creditors | $3,359.41 | $0.00 | $3,359.41 |
| 15 | JEFFERSON CAPITAL SYSTEMS, LLC<br>»» SYNCHRONY NETWORKS | Unsecured Creditors | $1,219.41 | $0.00 | $1,219.41 |
| 16 | CITIBANK, N.A.<br>»» BEST BUY | Unsecured Creditors | $1,530.19 | $0.00 | $1,530.19 |
| 17 | CITIBANK, N.A.<br>»» WAWA | Unsecured Creditors | $313.11 | $0.00 | $313.11 |
| 18 | CITIBANK, N.A.<br>»» MACY'S | Unsecured Creditors | $100.26 | $0.00 | $100.26 |

## SUMMARY

Summary of all receipts and disbursements from date filed through 2/25/2026:

| | | | |
|---|---|---|---|
| Total Receipts: | $11,838.00 | Percent to General Unsecured Creditors: 100% | |
| Paid to Claims: | $9,834.12 | Current Monthly Payment: | $603.00 |
| Paid to Trustee: | $890.82 | Arrearages: | $902.00 |
| Funds on Hand: | $1,113.06 | | |

**PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.tfsbillpay.com to register!**

**View your case information online for *FREE*!  Register today at www.ndc.org or scan this code to get started!**

